UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case 14-81057 CIV-WPD

_____

IN RE OCWEN FINANCIAL CORPORATION
SECURITIES LITIGATION

_____

### NOTICE OF FILING OF THIRD AMENDED COMPLAINT

Lead Plaintiff, Sjunde AP-Fonden ("AP7" or "Lead Plaintiff"), by and through its undersigned counsel, respectfully submits this Notice in connection with its filing of its Consolidated Third Amended Class Action Complaint (the "Third Amended Complaint").

1. Pursuant to the Court's September 4, 2015 Order, Lead Plaintiff filed its Consolidated Second Amended Class Action Complaint (the "Second Amended Complaint") on September 25, 2015. [DE 71].

2. On October 5, 2015, following the filing of the Second Amended Complaint, the SEC filed Release No. 76074 (the "SEC Release") in connection with an enforcement action against Home Loan Servicing Solutions, Ltd. ("HLSS") – a related party to Ocwen that was chaired by Defendant William C. Erbey during the Class Period.

3. Lead Plaintiff believes that the facts contained in the SEC Release support the falsity of Defendants' Class Period representations to investors regarding Defendant Erbey's purported recusal from related-party transactions.

4. Following the publication of the SEC Release, Lead Plaintiff conferred with counsel for Defendants regarding its proposal to amend the Second Amended Complaint to incorporate allegations concerning the SEC Release and a redline copy of the amended pleading was provided to Defendants.

5. Defendants have consented in writing to the filing of the Third Amended Complaint and state the following with respect to their consent: "Defendants do not believe that the SEC Release cures the legal defects in Plaintiff's securities fraud claim. However, the timing of the filing of the Third Amended Complaint is such that it permits the parties to adhere to the previously ordered motion to dismiss schedule with only small modifications."

6. Thus, in accordance with Federal Rule of Civil Procedure 15(a)(2), Plaintiff is filing its Third Amended Complaint contemporaneously herewith, together with an agreed motion seeking a slight modification to the motion to dismiss briefing schedule set forth in the Court's October 6, 2015 Order. [DE 73].

Dated:  October 13, 2015   Respectfully Submitted,

**SALLAH, ASTARITA & COX, LLC**
2255 Glades Road
Suite 300E
Boca Raton, Florida 33431
Telephone: (561) 989-9080
Facsimile: (561) 989-9020

By: /s/ Joshua A. Katz
Joshua A. Katz
Florida Bar No. 848301
Email: jak@sallahlaw.com

*Liaison Counsel for AP7 and the Class*

**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**
David Kessler (admitted *pro hac vice*)
Lee Rudy (admitted *pro hac vice*)
Sharan Nirmul (admitted *pro hac vice*)
Richard A. Russo, Jr. (admitted *pro hac vice*)
Meredith L. Lambert (admitted *pro hac vice*)
280 King of Prussia Road
Radnor, PA  19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
dkessler@ktmc.com
lrudy@ktmc.com
snirmul@ktmc.com
rrusso@ktmc.com
mlambert@ktmc.com

*Lead Counsel for AP7 and the Class*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

I certify under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 13, 2015.

/s/ Joshua A. Katz
Joshua A. Katz
